**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jaime GONZALEZ, Maria Elena Gonzalez, Defendants–Appellants.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Sigma Land Corporation, Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Union Four Corporation, S.A., Defendant–Appellant.**

nity).

United States of America,
Plaintiff–Appellee,

v.

Montego Land Corporation, a Florida
corporation, Defendant–
Appellant.

Nos. 10–15403, 10–15404,
10–15419, 10–15422.

United States Court of Appeals,
Eleventh Circuit.

April 23, 2012.

Thekla Hansen–Young, Georgia Garthwaite, Andrew Goldfrank, John O. Holm, Douglas Wright, U.S. Department of Justice, Washington, DC, Wifredo A. Ferrer, Veronica Harrell–James, Anne R. Schultz, Norman O. Hemming, III, U.S. Attorney's Office, Miami, FL, Debra J. Stuart, U.S. Attorney's Office, Fort Pierce, FL, Susan Marley Henderson, Lee County Attorney's Office, Fort Myers, FL, for Plaintiff–Appellee.

Samantha Tesser Haimo, Kopelowitz Ostrow, Fort Lauderdale, FL, Eric Lee, Lee & Amtzis, PL, Boca Raton, FL, John Charles Lukacs, Coral Gables, FL, Jordan Scott Kosches, Ver Ploeg & Lumpkin, PA, Miami, FL, for Defendants–Appellants.

Before HULL and FAY, Circuit Judges, and WALTER,* District Judge.

PER CURIAM:

In these consolidated appeals, several landowners appeal the district court's

---

judgments and fair-market-value findings in the government's condemnation claims for land used to expand Everglades National Park. After review and with the benefit of oral argument, we conclude that the district court properly rejected the Land Commission's application of a 5% annual appreciation in the value of the recreational parcels. We also conclude that the district court properly rejected the Land Commission's "summation approach" to valuing the parcel at issue in Appeal No. 10–15422. Finally, we conclude that the district court did not abuse its discretion by enforcing its pretrial order and refusing to extend the discovery deadline or to continue the trial before the Land Commission. Accordingly, we affirm the judgments of the district court and its September 22, 2010 orders, which adopted the thorough and well reasoned report and recommendation of the magistrate judge.

**AFFIRMED.**